UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD JONES,<br><br>    Petitioner,<br><br>vs.<br><br>DANIEL PARAMO, Warden,<br><br>    Respondent. | Case No. 14cv2405 AJB (JMA)<br><br>ORDER GRANTING PETITIONER'S EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION<br><br>(Doc. No. 15) |

Before the Court is Petitioner's ex parte application for an extension of time to file objections to the Report and Recommendation ("R&R") issued on July 8, 2015. (Doc. No. 15.) Petitioner requests a thirty (30) day extension of time from the currently set deadline of July 29, 2015, to file objections to the R&R. Finding good cause exists to warrant an extension for the reasons set forth in Petitioner's ex parte application, the Court **GRANTS** Petitioner's request. Petitioner must file with the Court and serve on all parties any objections to the R&R on or before **August 31, 2015**.[1] Any reply to the objections must be filed with the Court and served on all parties on or before **September 10, 2015**.

**IT IS SO ORDERED.**

*DATED: July 21, 2015*

                                                Hon. Anthony J. Battaglia
                                                U.S. District Judge

---

[1] August 29, 2015, falls on a Saturday. Therefore the deadline will be extended until the following Monday.